# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| KEVIN KINNEY, ) | |
| ) | |
| Plaintiff, ) | Case No.:_____ |
| ) | |
| v. ) | COMPLAINT |
| ) | |
| UNION PACIFIC RAILROAD CO., ) | (JURY TRIAL DEMANDED) |
| ) | |
| Defendant. ) | |
| ) | |

## INTRODUCTION

1. In July of 2014, Plaintiff Kevin Kinney—a longtime and loyal employee of Defendant Union Pacific Railroad Co.—was experiencing angina that caused him to believe he was going to have a third heart attack. Kinney therefore went to his physician, who recommended that Kinney transfer to a less stressful position. Instead of making reasonable efforts to accommodate Kinney, Union Pacific responded to Kinney's request by claiming that Kinney's disability made him a "sudden incapacitation" risk and then using such supposed risk to not only remove Kinney from the position he was in but also to prohibit him from holding any other position at Union Pacific that involved working in and/or around trains. And even for those few positions that do not involve working in and/or around trains, Union Pacific has made no effort to actually reassign Kinney to them. Kinney, who is only thirteen working months away from being able to retire, has therefore been left scrambling to make ends meet for him and his family.

## PARTIES

2. Kinney, who resides in Council Bluffs, Iowa, has worked for Union Pacific since 1993.

3. Union Pacific, which is a railroad carrier that is engaged in interstate and foreign

1

commerce, is headquartered in Omaha, Nebraska.

## JURISDICTION AND VENUE

4. This Court has original jurisdiction over Kinney's ADA claims under 28 U.S.C. § 1331.

5. Venue is proper under 28 U.S.C. § 1391 because Kinney resided in the Southern District of Iowa when he worked for Union Pacific, Union Pacific operates in the Southern District of Iowa, and the illegal conduct occurred in the Southern District of Iowa.

## FACTUAL ALLEGATIONS

6. In the fall of 1993, Union Pacific hired Kinney.

7. Kinney has worked for Union Pacific as an engineer.

8. While working for Union Pacific, Kinney had two heart attacks.

9. Kinney returned to work from each heart attack without issue.

10. In July of 2014, Kinney was having angina, which caused Kinney to believe he may have another heart attack and to therefore seek his doctor's opinion.

11. Kinney's doctor recommended Kinney transfer to a less stressful job.

12. When Kinney relayed his doctor's recommendation to Union Pacific, Kinney was immediately removed from service.

13. Union Pacific told Kinney that it removed him from service because he was a "sudden incapacitation" risk.

14. Union Pacific used Kinney's supposed risk of incapacitation to justify not only removing him from service but also to prevent him from holding any job working in and/or around trains.

15. Nearly all jobs at Union Pacific require employees to work in and/or around trains.

16. Union Pacific has made little to no effort to transfer Kinney to one of the few jobs

2

that do not require him to work in and/or around trains.

17. Between January 18, 2016 and December 19, 2016, Kinney applied to seven positions, none of which were awarded to him.

## CAUSES OF ACTION

## VIOLATIONS OF 42 U.S.C. § 12101, *et seq*.

18. Union Pacific was Kinney's "employer" within the meaning of the ADA.

19. Kinney is disabled within the meaning of the ADA.

20. Kinney is a qualified individual within the meaning of the ADA.

21. Section 12112(a) of the ADA prohibits employers from "discriminat[ing] against a qualified individual on the basis of disability in regard to job application procedures, the hiring, advancement, or discharge of employees, employee compensation, job training, and other terms, conditions, and privileges of employment."

22. Section 12112(b)(5)(A) of the ADA defines "discriminat[ing] against a qualified individual on the basis of disability" as including "not making reasonable accommodations to the known physical or mental limitations of an otherwise qualified individual with a disability who is an applicant or employee . . . ."

23. Union Pacific discriminated against Kinney on the basis of disability when it removed him from service and each of the times it has refused to reassign him to a new position.

24. Because Union Pacific violated 42 U.S.C. § 12112, Kinney has suffered and will continue to suffer loss of income, emotional distress, and other damages in an amount in excess of $75,000. Kinney is also entitled to attorneys' fees and costs incurred in connection with these claims.

25. Union Pacific committed the above-alleged facts with reckless disregard or deliberate disregard for Kinney's rights and safety. As a result, Kinney is entitled to punitive damages.

## REQUEST FOR RELIEF

26. Kinney requests that the Court find Union Pacific acted in direct violation of the ADA.

27. Kinney further requests that the Court order Union Pacific to:

- reinstate him;

- clear and/or expunge any record of misconduct by him regarding the incidents described herein;

- pay to him an award for compensatory damages arising from loss of income and benefits in an amount to be determined by the trier of fact;

- pay to him an award for garden-variety emotional distress in an amount in excess of $75,000.00;

- pay to him an award for costs (including litigation and expert costs), disbursements, and attorneys' fees; and

- pay to him an award for $300,000 for punitive damages for each violation of the ADA.

28. Kinney further requests that the Court order judgment against Union Pacific for all other relief available under the ADA and such other relief as the Court deems just and equitable.

Dated: February 6, 2018

/s/ *Wesley T. Graham*
Wesley T. Graham (AT0011184)
GRAHAM ERVANIAN CACCIATORE LLP
317 Sixth Avenue, Suite 900
Des Moines, Iowa 50309
Telephone: (515) 244-9400
Fax: (515) 282-4235
wtg@grahamlawiowa.com

Nicholas D. Thompson (MN#0389609) *
THE MOODY LAW FIRM, INC.
500 Crawford St., Suite 200
Portsmouth, VA 23704
Telephone: (757) 393-4093
Fax: (757) 397-7257
nthompson@moodyrrlaw.com
*Pro hac vice application forthcoming

**ATTORNEYS FOR PLAINTIFF**
